STATE OF OREGON,
*Respondent,*

*v.*

JOHN LOUIS SUNDBERG,
*Appellant.*

(10-82-01001; CA A27914)

676 P2d 371

Ernest E. Estes, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Roy Pulvers, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, Joseph, Chief Judge, and Newman, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for felony murder. ORS 163.115(1)(b). He was sentenced to life imprisonment with a mandatory minimum sentence of twenty years.

The court erred in imposing a mandatory minimum sentence. *State v. Macy,* 295 Or 738, 671 P2d 92 (1983).

Provision of judgment imposing a twenty-year minimum term is vacated; judgment otherwise affirmed.